15-1381-cv(L)
*TradeWinds Airlines Inc. v. Soros*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand sixteen.

PRESENT:     JOSÉ A. CABRANES,
             DEBRA ANN LIVINGSTON,
             GERARD E. LYNCH,
                         *Circuit Judges.*

------

TRADEWINDS AIRLINES INC., COREOLIS HOLDINGS, INC., TRADEWINDS HOLDINGS, INC.,

                 *Plaintiffs-Appellants,*

                 v.                                          Nos. 15-1381-cv(L),
                                                             15-1366-cv(CON)

GEORGE SOROS, PURNENDU CHATTERJEE,

                 *Defendants-Appellees.*

------

**FOR PLAINTIFFS-APPELLANTS:**          CORY S. BULAND (William C. Carmody & Shawn J. Rabin, *on the brief*), Susman Godfrey LLP, New York, NY, *for* TradeWinds Airlines Inc.

                                         ELLEN R. WERTHER (Bruce J. Ressler, *on the brief*), Ressler & Ressler, New York, NY, *for* Coreolis Holdings, Inc., & TradeWinds Holdings, Inc.

1

**FOR DEFENDANTS-APPELLEES:**                    MARTIN B. KLOTZ, Willkie Farr & Gallagher LLP, New York, NY, *for* George Soros.

Raymond L. Fitzgerald & David J. McCarthy, Butler, Fitzgerald, Fiveson & McCarthy, P.C., New York, NY, *for* George Soros.

Dustin F. Hecker, Posternak Blankstein & Lund LLP, Boston, MA, *for* Purnendu Chatterjee.

Kirstin T. Roy, Morrison Cohen LLP, New York, NY, *for* Purnendu Chatterjee.

Appeal from a March 31, 2015 judgment of the United States District Court for the Southern District of New York (John F. Keenan, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiffs-appellants appeal from the District Court's March 31, 2015 grant of summary judgment to defendants-appellees. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"This Court reviews a grant of summary judgment by the district court *de novo*." *Lawrence + Mem'l Hosp. v. Burwell*, —F.3d—, 2016 WL 423702, at *5 (2d Cir. Feb 4, 2016). Upon *de novo* review of the record and relevant law, we affirm, substantially for the reasons stated by the District Court in its thorough March 31, 2015 opinion and order. *See TradeWinds Airlines, Inc. v. Soros*, 101 F. Supp. 3d 270 (S.D.N.Y. 2015).

## CONCLUSION

We have considered all of plaintiffs-appellants' arguments on appeal and found them to be without merit. Accordingly, we **AFFIRM** the District Court's March 31, 2015 judgment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk